UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON MANCILLA, *et al.*,

        Plaintiffs,

Case No. 22-cv-12443
Hon. Matthew F. Leitman

v.

NEIL M. BAROFSKY, *et al.*

        Defendants.

_____/

## ORDER SETTING BRIEFING SCHEDULE

On October 17, 2022, the Court held an on-the-record video status conference with counsel for all parties to discuss an accelerated briefing schedule for Plaintiffs' motion for a temporary restraining order. (*See* Mot., ECF No. 4.) As discussed on the record, and agreed to by the parties, **IT IS HEREBY ORDERED** that:

- Defendants shall file their responses to Plaintiffs' motion by no later than **October 20, 2022**;

- Plaintiffs shall file a reply brief by no later than **October 23, 2022**; and

- The Court will hold a video hearing on Plaintiffs' motion on **October 25, 2022**, at a time to be set by the Court.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 18, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2022, by electronic means and/or ordinary mail.

                                                      s/Holly A. Ryan
                                                      Case Manager
                                                      (313) 234-5126