# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

BRANDON MANCILLA, et al.,

        Plaintiffs,

v.

NEIL BAROFSKY (MONITOR), et al.,

        Defendants.

Case No. 22-cv-12443
Hon. Matthew F. Leitman

_____/

## ORDER REFUNDING FILING FEE

This matter was filed by Plaintiffs on October 12, 2022. Alongside their complaint, Plaintiffs also filed a civil cover sheet. Plaintiffs erroneously filed this cover sheet using the case event "Miscellaneous Case Initiating Document," which prompted Plaintiffs to pay a $49 filing fee, which is not required to file a civil cover sheet with this Court.

WHEREFORE, Plaintiffs shall be refunded the $49 fee they were charged while filing their civil cover sheet for this matter.

**IT IS SO ORDERED.**

_____
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 20, 2022

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
