UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRANDON MANCILLA, et al.,

      Plaintiffs,                              Case No. 22-cv-12443
                                                  Hon. Matthew F. Leitman

v.

NEIL M. BAROFSKY (MONITOR), et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: December 6, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2022, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126